Elizabeth A. Holliday, appellee, v. James T. Holliday, appellant. James T. Holliday, appellant, v. Elizabeth A. Holliday, appellee.

Opinion filed March 9, 1938.

James O. Miller, for appellant; R. H. Horner, of counsel. F. E. Merrills, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Charles Taylor, appellant, v. Jean Taylor, appellee.

Opinion filed March 9, 1938.

Meyer & Meyer, for appellant. No appearance for appellee.

Mr. Justice Murphy delivered the opinion of the court.

People of the State of Illinois for use of Harry D. Tindall, administrator of estate of Nathan C. File, deceased, appellee, v. London and Lancashire Indemnity Company of America, appellant.

Opinion filed March 9, 1938. Rehearing denied March 27, 1938.

Loyd M. Bradley, for appellant. Orwin H. Pugh, for appellee.

Mr. Justice Murphy delivered the opinion of the court.

Ella Baxter, administratrix of estate of Bernard E. Morgan, deceased, appellant, v. John Hancock Mutual Life Insurance Company, appellee.

Opinion filed March 9, 1938.

R. B. Hendricks and T. S. Morgan, for appellant. Kramer, Campbell, Costello & Wiechert, for appellee.

Mr. Justice Murphy delivered the opinion of the court.